UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUIS ALVAREZ,

                                  CASE NO.
                                  1:20-cv-02602-KAM-PK

              Plaintiff,             **DISCONTINUANCE**
                                  **WITHOUT PREJUDICE**

-against-

MARKU CONTRACTING CORP. and
ISMAIL MERKU,

                                  ECF Case,

             Defendant(s).

---

      **PURSUANT TO RULE 41(a)(1)(A)(i)** of Federal Rules Of Civil Procedure, Plaintiff, LUIS ALVAREZ, hereby dismisses without prejudice this action against Defendant(s), MARKU CONTRACTING CORP. and ISMAIL MERKU.

Dated: New York, New York
       December 18, 2020

                                    Respectfully submitted,

                                    By:_____
                                         Lawrence Spasojevich (LS 0945)